AO 455(Rev. 5/85) Waiver of Indictment

FILED
APR 24 2008
BY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN RAMON LEPE-MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 0860 GT

I, JUAN RAMON LEPE-MARTINEZ, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 04/24/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JUAN RAMON LEPE-MARTINEZ
Defendant

WILLIAM W. BROWN, ESQ.
Counsel for Defendant

Before
JUDICIAL OFFICER

ORIGINAL