ORIGINAL

FILED
APR 03 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JUAN RAMON LEPE-MARTINEZ,  )
         Petitioner,  ) Cr. No. 08-0860GT
         v.  ) Cv. No. 08-1237GT
UNITED STATES OF AMERICA  ) ORDER
         Respondent.  )

On July 9, 2008, Petitioner, Juan Ramon Lepe-Martinez ("Mr. Lepe"), filed a Motion to Modify Sentence, presumably pursuant to 28 U.S.C. § 2255. The Court has fully considered this matter, including a review of Mr. Lepe's brief filed, the authorities cited therein and the arguments presented. For the reasons stated below, Mr. Lepe's Motion to Modify Sentence is **DENIED**.

First, Mr. Lepe pled guilty, pursuant to a written plea agreement, to one count of False Statement to a Federal Officer, in violation of 18 U.S.C. § 1001. In the written plea agreement, Mr. Lepe explicitly waived his right to appeal and/or collaterally attack his conviction or sentence. The Ninth Circuit has long acknowledged that the terms of a plea agreement are enforceable. *See,* United States v. Baramdyka, 95 F.3d 840, 843 (9th Cir. 1996), *cert. denied*, 117 S.Ct. 1282 (1997). Since Mr. Lepe expressly waived his statutory right to appeal or collaterally attack his sentence

in his plea agreement, Mr. Lepe is now precluded from challenging that sentence pursuant to 28 U.S.C. § 2255. *See*, <u>United States v. Abarca</u>, 985 F.2d 1012, 1014 (9th Cir. 1993) (holding that a knowing and voluntary waiver of a statutory right is enforceable).

Moreover, even if Mr. Lepe had not expressly waived his right to appeal or collaterally attack his sentence, his petition would still fail. Mr. Lepe prays for relief because he has a family in the United States who needs him. While this is all too common and unfortunate, the Court can not grant any relief unless "the movant has made specific factual allegations that, if true, state a claim on which relief could be granted." <u>United States v. Leonti</u>, 326 F.3d 1111, 1116 (9th Cir. 2003), citing <u>United States v. Schaflander</u>, 743 F.2d 714, 717 (9th Cir. 1984). That his family needs him and his support in not such a claim. Accordingly,

**IT IS ORDERED** that Mr. Lepe's Motion to Modify Sentence is **DENIED**.

**IT IS SO ORDERED.**

4-2-09
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter        Petitioner